**No. 61351.**—British Overseas Airways Corporation *v.* United States, protest 253224–K (New York).

Opinion by DONLON, J.   The protest was dismissed.

**No. 61352.**—Philipp Brothers Chemicals, Inc. *v.* United States, protest 295702–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61353.**—Meadows Wye & Co., Inc. *v.* United States, protest 296895–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61354.**—Trans World Shipping Corp. *v.* United States, protests 298076–K and 300468–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

NOVEMBER 13, 1957

**No. 61355.**—C. J. Tower & Sons *v.* United States, protests 282339–K, 282340–K, and 282341–K.—C. D. 1887. Plaintiff's application for rehearing denied.

**No. 61356.**—F. L. Kraemer & Co. *v.* United States, protest 291177–K.—Protest abandoned October 2, 1957.   (Not published.)   (Initial No. 287512–K.) Plaintiff's application for rehearing granted.

**No. 61357.**—Andrew Levy *v.* United States, protest 510659–G.— Plaintiff's application for rehearing denied.

BEFORE THE FIRST DIVISION, NOVEMBER 19, 1957

**No. 61358.**—Hershey Co. *v.* United States, protests 245242–K (A) and 245242–K (B) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items in question are not in chief value of galalith but that they are in chief value of steel, the claim of the plaintiff was sustained as to said items.

**No. 61359.**—Hershey Co. *v.* United States, protests 252497–K (B), 278135–K, and 278212–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items in question are not in chief value of galalith but that they are in chief value of steel, the claim of the plaintiff was sustained as to said items.

**No. 61360.**—Hershey Co. *v.* United States, protest 283661–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items in question are not in chief value of galalith but that they are in chief value of steel, the claim of the plaintiff was sustained as to said items.

**No. 61361.**—Hershey Co. *v.* United States, protest 283781–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items in question are not in chief value of galalith but that they are in chief value of steel, the claim of the plaintiff was sustained as to said items.

**No. 61362.**—M. B. I. Export & Import, Ltd. *v.* United States, protest 280747–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of jig-boring machines similar in all material respects to those the subject of Abstract 61048, the claim of the plaintiff was sustained.

**No. 61363.**—John L. Westland & Son, Inc. *v.* United States, protest 316179–K (San Francisco).